JAY R. WEILL (State Bar No. 75434)
E-Mail:    *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:    *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:    *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for FRANCIS BURGA and
FRANCIS BURGA AS THE ADMINISTRATOR
OF THE ESTATE OF MARGELUS BURGA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA,<br><br>  Defendants. | Case No. 5:19-cv-03246 EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Edward J. Davila |

Pursuant to Local Rule 6-1(a), Defendants FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA (together, "Defendants") and Plaintiff the UNITED STATES OF AMERICA (the "Government") by and through their undersigned counsel, stipulate and agree to extend the deadline for Defendants to file their response to the Government's Complaint to October 18, 2019. The parties had previously agreed to extend the deadline for the Defendants to file their response to the Government's

Complaint to August 16, 2019.  This second extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: August 2, 2019               SIDEMAN & BANCROFT LLP

By:      /s/ *Jay R. Weill*
         Jay R. Weill
         Attorneys for FRANCIS BURGA and FRANCIS
         BURGA AS THE ADMINISTRATOR
         OF THE ESTATE OF MARGELUS BURGA

DATED: August 2, 2019               RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General

By:      /s/ *Amy Matchison*
         Amy Matchison
         Trial Attorney, Tax Division
         United States Department of Justice

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED: August 2, 2019               SIDEMAN & BANCROFT LLP

By:      /s/ *Jay R. Weill*
         Jay R. Weill
         Attorneys for Respondents FRANCIS BURGA;
         FRANCIS BURGA AS THE ADMINISTRATOR OF
         THE ESTATE OF MARGELUS BURGA