JAY R. WEILL (State Bar No. 75434)
E-Mail:     *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:     *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:     *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for FRANCIS BURGA and
FRANCIS BURGA AS THE ADMINISTRATOR
OF THE ESTATE OF MARGELUS BURGA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA,<br><br>            Defendants. | Case No. 5:19-cv-03246 EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Honorable Edward J. Davila |

Pursuant to Local Rule 6-1(a), Defendants FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA (together, "Defendants") and Plaintiff the UNITED STATES OF AMERICA (the "Government") by and through their undersigned counsel, stipulate and agree to extend the deadline for Defendants to file their response to the Government's Complaint to December 27, 2019. The parties had previously agreed to extend the deadline for the Defendants to file their response to the Government's

Complaint to August 16, 2019 and then to October 18, 2019. This third extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: October 2, 2019              SIDEMAN & BANCROFT LLP

                                    By:       /s/ *Jay R. Weill*
                                    Jay R. Weill
                                    Attorneys for FRANCIS BURGA and FRANCIS
                                    BURGA AS THE ADMINISTRATOR
                                    OF THE ESTATE OF MARGELUS BURGA

DATED: October 2, 2019              RICHARD E. ZUCKERMAN
                                    Principal Deputy Assistant Attorney General

                                    By:       /s/ *Amy Matchison*
                                    Amy Matchison
                                    Trial Attorney, Tax Division
                                    United States Department of Justice

### **ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED: October 2, 2019              SIDEMAN & BANCROFT LLP

                                    By:       /s/ *Jay R. Weill*
                                    Jay R. Weill
                                    Attorneys for Respondents FRANCIS BURGA;
                                    FRANCIS BURGA AS THE ADMINISTRATOR OF
                                    THE ESTATE OF MARGELUS BURGA