DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CABN 217022)
M. BLAIR HLINKA (NCBN 49293)
TY HALASZ (COBN 51932)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:   (202) 307-6422 (MATCHISON)
             (202) 307-6483 (HLINKA)
             (202) 307-6484 (HALASZ)
Fax:         (202) 307-0054
E-mail:      Amy.T.Matchison@usdoj.gov
             M.Blair.Hlinka@usdoj.gov
             Ty.Halasz@usdoj.gov
             Western.Taxcivil@usdoj.gov

*Counsel for United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANCIS BURGA, and<br>FRANCIS BURGA AS<br>THE ADMINISTRATOR OF THE ESTATE<br>OF MARGELUS BURGA,<br><br>　　　　Defendants. | Case No. 5:19-CV-3246-EJD<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

　　Ty Halasz, trial attorney for the Department of Justice, Tax Division, hereby enters his appearance on behalf of the United States of America in this action. Trial Attorney Amy Matchison will continue to serve as lead counsel, and Mr. Halasz will join M. Blair Hlinka as co-counsel.

1  Dated: July 29, 2021.

                                            DAVID A. HUBBERT
                                            Acting Assistant Attorney General

                                            */s/ Ty Halasz*
                                            TY HALASZ (Colorado Bar)
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice

                                            *Counsel for the United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2021, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to counsel for all parties that have appeared in this action.

/s/ Ty Halasz
TY HALASZ
Trial Attorney, Tax Division
U.S. Department of Justice
