DAVID A. HUBBERT
Acting Assistant Attorney General

AMY MATCHISON (CABN 217022)
M. BLAIR HLINKA (NCBN 49293)
TY HALASZ (COBN51932)
Trial Attorneys
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-6422 (MATCHISON)
               (202) 307-6483 (HLINKA)
               (202) 307-6484 (HALASZ)
Fax:           (202) 307-0054
E-mail:        Amy.T.Matchison@usdoj.gov
               M.Blair.Hlinka@usdoj.gov
               Ty.Halasz@usdoj.gov
               Western.Taxcivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS BURGA and<br>FRANCIS BURGA AS<br>THE ADMINISTRATOR OF THE ESTATE<br>OF MARGELUS BURGA,<br><br>Defendants. | Case No. 5:19-cv-03246-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER** |

Pursuant to Civil Local Rule 6-2, the United States of America and Defendants Francis Burga and Francis Burga as the Administrator of the Estate of Margelus Burga, through undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for an extension of time in which to complete discovery, a modification of the expert witness deadlines, and to continue all corresponding deadlines in the Case Management Order:

1.      The United States filed its Complaint on June 10, 2019.  (Docket No. 1).  Ms. Burga timely answered on December 27, 2019.  (Docket Nos. 23 and 24).

2.     On April 20, 2020 (Docket No. 11), the Court entered the Case Management Order and set the following case deadlines:

| EVENT | DEADLINE |
|---|---|
| Joint Trial Setting Conference Statement | November 22, 2021 |
| Trial Setting Conference | 11:00 a.m. on December 2, 2021 |
| Fact Discovery Cutoff | December 31, 2021 |
| Designation of Opening Experts with Reports | October 29, 2021 |
| Designation of Rebuttal Experts with Reports | November 12, 2021 |
| Expert Discovery Cutoff | December 31, 2021 |
| Deadline for Filing Dispositive Motions | January 28, 2022 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on March 10, 2022 |

3.     On August 5, 2020, Ms. Burga served requests for production, and interrogatories on the United States.  The United States served its responses and produced responsive documents on October 5, 2020.

4.     The United States propounded requests for production to Ms. Burga, in both of her capacities, on August 25, 2020.  Ms. Burga served her responses to the production requests and responsive documents on November 30, 2020.

5.     In late November and December 2020, Ms. Burga sent executed instructions to four Swiss banks at which some of the accounts identified in the Complaint were held:  Credit Suisse, PostFinance, Graubundner Kantonalbank, and UBS.  Before each of these banks could produce bank account records however, additional information was required.  Ms. Burga is in the process of providing the required additional information.  It is unknown how long it will take for the Swiss banks to provide the requested records.

6.     In January 2021, the United States transmitted additional information requests to Raiffeisen Bank, another Swiss bank at which some of the accounts identified in the Complaint were held.  Counsel for the bank has indicated that it will respond to the United States' requests, but that additional time is needed, in part because of the need for translation services and due to the availability of current and former bank staff.

7.     The parties would like the benefit of the Swiss bank account information before conducting some of the witness depositions in this case.

8. Accordingly, the parties seek to amend the Case Management Order to enlarge the discovery period by three months, modify the expert witness deadlines to occur after the close of fact discovery and continue all corresponding deadlines, including the dispositive motion deadline and trial related dates accordingly. The parties seek this amendment of the Case Management Order not for purposes of delay, but rather to allow sufficient time to conduct all necessary discovery and provide expert witnesses with sufficient time to review and consider all of the information provided in discovery.

9. This is the parties' first stipulation to amend the Case Management Order.

Dated this 1st day of September, 2021.

>DAVID A. HUBBERT
>Acting Assistant Attorney General
>
>*/s/ Amy Matchison*
>AMY MATCHISON (CA SBN 217022)
>Trial Attorney, Tax Division
>United States Department of Justice

Dated this 1st day of September, 2021.

>SIDEMAN & BANCROFT LLP
>
>*/s/ Jay R. Weill*
>JAY R. WEILL
>One Embarcadero Center, Twenty-Second Floor
>San Francisco, California 94111-3711
>Telephone: (415) 392-1960
>Email: jweill@sideman.com
>
>*Attorney for Defendants Francis Burga and Francis Burga as the Administrator of the Estate of Margelus Burga*

ORDER

The STIPULATION TO AMEND CASE MANAGEMENT ORDER is approved and the Case Management Order for this case is amended to extend the time in which to complete discovery, to modify the expert witness deadlines, and to continue all corresponding deadlines, including the dispositive motion deadline and trial related dates accordingly.  Specifically:

| EVENT | DEADLINE |
| --- | --- |
| Joint Trial Setting Conference Statement | February 21, 2022 |
| Trial Setting Conference | 11:00 a.m. on March 3, 2022 |
| Fact Discovery Cutoff | April 1, 2022 |
| Designation of Opening Experts with Reports | April 29, 2022 |
| Designation of Rebuttal Experts with Reports | May 27, 2022 |
| Expert Discovery Cutoff | July 29, 2022 |
| Deadline for Filing Dispositive Motions | August 26, 2022 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on October 6, 2022 |

IT IS SO ORDERED.

Dated this __ day of September, 2021

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE