JAY R. WEILL (State Bar No. 75434)
E-Mail:    *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail:    *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail:    *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for FRANCIS BURGA and
FRANCIS BURGA AS THE ADMINISTRATOR
OF THE ESTATE OF MARGELUS BURGA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA,<br><br>        Defendants. | Case No. 5:19-CV-03246 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER**<br><br>Honorable Edward J. Davila |

Pursuant to Civil Local Rule 6-2, Defendants Francis Burga and Francis Burga as the Administrator of the Estate of Margelus Burga and Plaintiff the United States of America, through undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for an extension of time in which to complete discovery, a modification of the expert witness deadlines, and to continue all corresponding deadlines in the Case Management Order:

1. The United States filed its Complaint on June 10, 2019. (Docket No. 1). Ms. Burga timely answered on December 27, 2019. (Docket Nos. 1 and 9).

2. On April 20, 2020 (Docket No. 11), the Court entered the Case Management Order.

3. On September 3, 2021 (Docket No. 15), the Court entered an Order to Amend Case Management Order and set the following case deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Joint Trial Setting Conference Statement | February 21, 2022 |
| Trial Setting Conference | March 3, 2022, at 11:00 a.m. |
| Fact Discovery Cutoff | April 1, 2022 |
| Designation of Opening Experts with Reports | April 29, 2022 |
| Designation of Rebuttal Experts with Reports | May 27, 2022 |
| Expert Discovery Cutoff | July 29, 2022 |
| Deadline for Filing Dispositive Motions | August 26, 2022 |
| Hearing on Anticipated Dispositive Motions | October 6, 2022 at 9:00 a.m. |

4. In late November and December 2020, and January 2021, Ms. Burga, at the request of the United States, sent executed instructions to various Swiss banks at which some of the accounts identified in the Complaint were held such as: Credit Suisse, PostFinance, Graubundner Kantonalbank, UBS, and Raiffieisen Bank. The parties are waiting for all the Swiss banks to provide the requested records.

5. The parties need to review the Swiss bank account information before conducting some of the witness depositions in this case.

6. The United States recently served Requests for Admissions and Interrogatories on the Defendants, the responses to which are due February 21, 2022.

7. Defendants intend to take the deposition a of at least one non-U.S. person by video means who will not be available as a trial witness. The parties have not yet scheduled this deposition due to the complexities surrounding this deposition, including those arranging an appropriate deposition locale with suitable technology for the witness and accommodating the different time zones of counsel for the parties and the witness.

8. Accordingly, the parties seek to amend the Case Management Order filed September 3, 2021, to enlarge the discovery period, modify the trial related dates to occur after dispositive motions have been filed and heard, and to continue all corresponding deadlines accordingly. The parties seek this amendment of the Case Management Order not for purposes of delay, but rather to allow sufficient time to conduct all necessary discovery and provide expert witnesses with sufficient time to review and consider all the information provided in discovery.

9. This is the parties' second stipulation to amend the Case Management Order.

DATED: January 18, 2022            Respectfully submitted,

                                   SIDEMAN & BANCROFT LLP

                                   By:    */s/ Jay R. Weill*
                                          Jay R. Weill
                                          Attorneys for Francis Burga and
                                          Francis Burga as the Administrator
                                          of the Estate of Margelus Burga

DATED: January 18, 2022            Respectfully submitted,

                                   DAVID A. HUBBERT
                                   Deputy Assistant Attorney General

                                   By:    */s/ Amy T. Matchison*
                                          Amy T. Matchison
                                          M. Blair Hlinka
                                          Ty Halasz
                                          Trial Attorneys, Tax Division
                                          United States Department of Justice

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED: January 18, 2022            SIDEMAN & BANCROFT LLP

                                   By:    */s/ Jay R. Weill*
                                          Jay R. Weill
                                          Attorneys for Francis Burga and
                                          Francis Burga as the Administrator
                                          of the Estate of Margelus Burga

The STIPULATION TO AMEND CASE MANAGEMENT ORDER is approved and the schedule and Case Management Order for this case is amended to extend the time in which to complete discovery, to modify the trial related dates, and to continue all corresponding deadlines, accordingly. Specifically:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | August 26, 2022 |
| Designation of Opening Experts with Reports | September 23, 2022 |
| Designation of Rebuttal Experts with Reports | October 21, 2022 |
| Expert Discovery Cutoff | December 16, 2022 |
| Deadline for Filing Dispositive Motions | January 13, 2023 |
| Hearing on Dispositive Motions | February 23, 2023 at 9:00 a.m. |
| Joint Trial Setting Conference Statement | February 24, 2023 |
| Trial Setting Conference | March 9, 2023 at 10:00 a.m. |

**IT IS SO ORDERED.**

DATED: February 15, 2022

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE