JAY R. WEILL (State Bar No. 75434)
E-Mail: *jweill@sideman.com*
STEVEN M. KATZ (State Bar No. 164617)
E-Mail: *skatz@sideman.com*
TRAVIS W. THOMPSON (State Bar No. 309106)
E-Mail: *tthompson@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for FRANCIS BURGA and
FRANCIS BURGA AS THE ADMINISTRATOR
OF THE ESTATE OF MARGELUS BURGA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:19-CV-03246 EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER** |
| v. | |
| FRANCIS BURGA and FRANCIS BURGA AS THE ADMINISTRATOR OF THE ESTATE OF MARGELUS BURGA, | Honorable Edward J. Davila |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Defendants Francis Burga and Francis Burga as the Administrator of the Estate of Margelus Burga and Plaintiff the United States of America, through undersigned counsel of record, stipulate as follows and respectfully request an order pursuant to this stipulation for an extension of time in which to complete discovery, a modification of the expert witness deadlines, and to continue all corresponding deadlines in the Case Management Order:

1. The United States filed its Complaint on June 10, 2019. Ms. Burga timely answered on December 27, 2019. (Docket Nos. 1 and 9).

2. On April 20, 2020 (Docket No. 11), the Court entered the Case Management Order.

3. On September 3, 2021 (Docket No. 15), the Court entered an Order to Amend Case Management Order and set the following case deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Joint Trial Setting Conference Statement | February 21, 2022 |
| Trial Setting Conference | March 3, 2022, at 11:00 a.m. |
| Fact Discovery Cutoff | April 1, 2022 |
| Designation of Opening Experts with Reports | April 29, 2022 |
| Designation of Rebuttal Experts with Reports | May 27, 2022 |
| Expert Discovery Cutoff | July 29, 2022 |
| Deadline for Filing Dispositive Motions | August 26, 2022 |
| Hearing on Anticipated Dispositive Motions | October 6, 2022 at 9:00 a.m. |

4. On February 15, 2022 (Docket No. 17), the Court entered an Order to Amend Case Management Order and set the following case deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | August 26, 2022 |
| Designation of Opening Experts with Reports | September 23, 2022 |
| Designation of Rebuttal Experts with Reports | October 21, 2022 |
| Expert Discovery Cutoff | December 16, 2022 |
| Deadline for Filing Dispositive Motions | January 13, 2023 |
| Hearing on Dispositive Motions | February 23, 2023 at 9:00 a.m. |
| Joint Trial Setting Conference Statement | February 24, 2023 |
| Trial Setting Conference | March 9, 2023 at 10:00 a.m. |

5. Defendants intend to take the deposition a of a non-U.S. person who will not be available as a trial witness. The deposition is scheduled to take place in London on September 28, 2022 and will continue day to day until completed.

6. Following the deposition of the non-U.S. person, additional depositions, including the deposition of Francis Burga, are expected to be scheduled.

7. Accordingly, the parties seek to amend the Case Management Order filed February 15, 2022, to enlarge the discovery period, modify the trial related dates to occur after dispositive motions have been filed and heard, and to continue all corresponding deadlines accordingly. The parties seek this amendment of the Case Management Order not for purposes of delay, but rather to allow sufficient time to conduct all necessary discovery and provide expert witnesses with sufficient time to review and consider all the information provided in discovery.

8. This is the parties' third stipulation to amend the Case Management Order.

.

DATED: June 27, 2022    Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: */s/ Jay R. Weill*
Jay R. Weill
Attorneys for Francis Burga and
Francis Burga as the Administrator
of the Estate of Margelus Burga

DATED: June 27, 2022    Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: */s/ Amy T. Matchison*
Amy T. Matchison
M. Blair Hlinka
Ty Halasz
Trial Attorneys, Tax Division
United States Department of Justice

## **ATTESTATION**

Pursuant to Civil Local Rule 5.1., I hereby attest that all counsel represented by conformed signatures above have concurred in the filing of this Stipulation.

DATED: June 27, 2022    SIDEMAN & BANCROFT LLP

By: */s/ Jay R. Weill*
Jay R. Weill

The STIPULATION TO AMEND CASE MANAGEMENT ORDER is approved and the schedule and Case Management Order for this case is amended to extend the time in which to complete discovery, to modify the trial related dates, and to continue all corresponding deadlines, accordingly. Specifically:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | October 28, 2022 |
| Designation of Opening Experts with Reports | November 22, 2022 |
| Designation of Rebuttal Experts with Reports | December 20, 2022 |
| Expert Discovery Cutoff | February 14, 2023 |
| Deadline for Filing Dispositive Motions | March 16, 2023 |
| Hearing on Dispositive Motions | April 27, 2023 at 9:00 a.m. |
| Joint Pretrial Conference Statement Due | May 4, 2023 |
| Pretrial Conference | May 18, 2023 at 11:00 a.m. |

**IT IS SO ORDERED.**

DATED:

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE