DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON (CABN 217022)
M. BLAIR HLINKA (NCBN 49293)
TY HALASZ (COBN 51932)
Trial Attorneys, Tax Division
United States Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:  (202) 307-6422 (Matchison)
            (202) 307-6483 (Hlinka)
            (202) 307-6484 (Halasz)
Fax:        (202) 307-0054
E-mail:     Amy.T.Matchison@usdoj.gov
            M.Blair.Hlinka@usdoj.gov
            Ty.Halasz@usdoj.gov

*Counsel for United States of America*



GRANTED
Judge Edward J. Davila
June 9, 2023

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>FRANCIS BURGA, and<br>FRANCIS BURGA AS THE ADMINISTRATOR<br>OF THE ESTATE OF MARGELUS BURGA,<br><br>      Defendants. | Case No. 5:19-CV-3246-EJD<br><br>**STIPULATED REQUEST FOR AN ORDER PERMITTING AMENDMENT OF THE COMPLAINT AND EXTENSION OF TIME** |

Pursuant to Local Civil Rules 6-2 and 7-12, the parties hereby stipulate that:

1. The United States' may amend its Complaint in this case. Attached hereto as **Exhibit 1** is a copy of the United States' Second Amended Complaint, to be filed separately once this stipulation is entered as an order of the Court.

2. The deadline for dispositive motions be extended from June 20, 2023, to July 21, 2023.

3. The deadline for response briefs be extended from July 18, 2023, to August 18, 2023.

4. The deadline for reply briefs be extended from August 8, 2023, to September 8, 2023.

Stipulated Request for an Order Permitting
Amendment and Extension of Time                1

Respectfully submitted June 8, 2023.

        DAVID A. HUBBERT
        Deputy Assistant Attorney General

        */s/ Ty Halasz*
        AMY MATCHISON
        M. BLAIR HLINKA
        TY HALASZ
        Trial Attorneys, Tax Division
        United States Department of Justice

        *Counsel for the United States*

        SIDEMAN & BANCROFT LLP

        */s/ Steven Katz*
        STEVEN KATZ
        One Embarcadero Center, 22nd Floor
        San Francisco, California 94111
        *Tel*. (415) 392-1960
        skatz@sideman.com

        *Counsel for the Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: __June 9, 2023__

        _____
        EDWARD J. DAVILA
        United States District Judge